No. 8, Misc.   Lewis *v.* Culver, Director and Coordinator, Florida Correctional Institutions;

No. 23, Misc.   Brown *v.* Smyth, Superintendent, Virginia Penitentiary;

No. 28, Misc.   McCarthy *v.* Jackson, Warden;

No. 76, Misc.   Cornelious *v.* Martin, Warden; and

No. 152, Misc.   Wilson *v.* Banmiller, Warden. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied. Petitioners *pro se.* *Richard W. Ervin,* Attorney General of Florida, and *David U. Tumin,* Assistant Attorney General, for respondent in No. 8, Misc.   *A. S. Harrison, Jr.,* Attorney General of Virginia, and *Thomas M. Miller,* Assistant Attorney General, for respondent in No. 23, Misc.   *Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for respondent in No. 28, Misc.

No. 168, Misc.   Hughes et al. *v.* Thornton, U. S. District Judge, et al.   Motion for leave to file petition for writ of mandamus denied.

No. 220, Misc.   Powell et al. *v.* United States District Court for the Northern District of California, Southern Division, et al.   Motion for leave to file petition for writ of mandamus, prohibition or injunction denied. *Bertram Edises* and *A. L. Wirin* for petitioners. *Solicitor General Rankin, Acting Assistant Attorney General Yeagley* and *Benjamin F. Pollack* for respondents.